THE NORTH AMERICA. THE W. S. TAYLOR. THE THOMAS J. SCULLY. THE MERCURY. SCULLY v. ATLANTIC COAST TRANSP. CO. et al. (Circuit Court of Appeals, Second Circuit. May 1, 1922.) No. 293. Appeal of the District Court of the United States for the Eastern District of New York. Libel for collision by Thomas J. Scully against the steam tugs North America and W. S. Taylor, claimed by the Atlantic Coast Transportation Company, with the steam tugs Thomas J. Scully and Mercury, claimed by Neptune Line, Inc., impleaded. Decree against the North America and the Thomas J. Scully, each for half of the damages (273 Fed. 263), and the Atlantic Coast Transportation Company appeals. Affirmed. Bigham, Englar & Jones, of New York City (C. Andrade, Jr., of New York City, of counsel), for Atlantic Coast Transportation Co. Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and Charles E. Wythe, both of New York City, of counsel), for Neptune Line. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

---

PIEL BROS. v. DAY et al. (Circuit Court of Appeals, Second Circuit. May 15, 1922.) No. 313. Appeal from the District Court of the United States for the Eastern District of New York. Suit by Piel Bros. against Ralph A. Day, Federal Prohibition Director for the State of New York, and others. From an order denying a temporary injunction (278 Fed. 223), complainant appeals. Order affirmed. Olcott, Bonynge, McManus & Ernst, of New York City (William M. K. Olcott and Nathan Ballin, both of New York City, of counsel), for appellant. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (Henry J. Walsh, of Brooklyn, N. Y., of counsel), for appellees. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.